PROB 12A
(7/93)
(Auto. 11/93)

# United States District Court

for

Southern District of Indiana

### Report on Offender Under Supervision

FILED
U.S. DISTRICT COURT
INDIANAPOLIS

08 OCT -2 AM 10: 50

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Name of Offender: Eugene Morris Strader, Jr. | Case Number: 1:08CR00101-001 |

Name of Sentencing Judicial Officer:   The Honorable David F. Hamilton (transferred from the Eastern District of Kentucky)

Date of Original Sentence:   March 10, 2008

Original Offense:   Conspiracy to Distribute Marijuana

Original Sentence:   117 days (time served) and two years Supervised Release

Type of Supervision:   Supervised Release       Date Supervision Commenced:   March 10, 2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | *The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to controlled substances, except as prescribed by a physician.* |
| | On August 25, 2008, the defendant submitted a urine sample, which tested positive for benzodiazepines. The defendant denied knowingly using the substance and explained his uncle's girlfriend gave him a pill for pain. |
| | Subsequent testing has yielded negative results. |

Eugene Morris Strader, Jr.
Report on Offender
Under Supervision                                                                                                page 2

U.S. Probation Officer Action:

This is the second violation report submitted to the Court. On July 30, 2008, the Court was informed of the defendant's marijuana use. As a result, Mr. Strader received a verbal and written reprimand, and was returned to a more intensive level of substance abuse treatment and testing at the Volunteers of America. In addition, he was assessed a $75 relapse fee.

Mr. Strader denied knowing what benzodiazepines are and seems to understand the seriousness of taking unknown medications. He has been informed that further noncompliance may result in more stringent action being taken, such as placement in a Community Corrections Center or a recommendation for his supervised release to be revoked. Based on this plan, no action by the Court is recommended at this time.

Respectfully submitted,

by  *[signature]*
Diane M. Asher
U.S. Probation Officer
Date: September 30, 2008

DMA/dma

Approved by:

*[signature]*
Dwight T. Wharton
Chief U.S. Probation Officer

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] In full agreement with the recommendation
[ ] Other as directed: _____

*[signature]*

Signature of Judicial Officer

10/14/08
Date